UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JIMENEZ, | 1:08-cv-01419-SMS-PC |
| Plaintiff, | ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT BEARING PLAINTIFF'S SIGNATURE |
| v. | |
| DR. M. SPAETH, | THIRTY DAY DEADLINE |
| Defendants. | |

Carlos Jimenez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 23, 2008. Plaintiff's complaint is unsigned. All pleadings and non-evidentiary documents submitted to this court by plaintiff must be signed by plaintiff. Local Rule 7-131(b); Fed. R. Civ. P. 11(a). Therefore, plaintiff must file an amended complaint bearing his original signature, or this action will be dismissed.

Under Rule 15(a) of the Federal Rules of Civil Procedure, leave to amend 'shall be freely given when justice so requires.'"  In addition, "[l]eave to amend should be granted if it appears at all possible that the plaintiff can correct the defect." Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000) (internal citations omitted). Therefore, the court will provide plaintiff with time to file an amended complaint curing the deficiency identified above.

Plaintiff should note that although he has been given the opportunity to amend, it is not for the purposes of adding new defendants relating to issues arising after September 23, 2008. In

1 addition, plaintiff should take care to include only those claims that have been exhausted prior to
2 the initiation of this suit on September 23, 2008.
3       Finally, plaintiff is advised that Local Rule 15-220 requires that an amended complaint be
4 complete in itself without reference to any prior pleading.  As a general rule, an amended
5 complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir.
6 1967).  Once an amended complaint is filed, the original complaint no longer serves any function
7 in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the
8 involvement of each defendant must be sufficiently alleged.  The amended complaint should be
9 clearly and boldly titled "FIRST AMENDED COMPLAINT," refer to the appropriate case
10 number, and be an original signed under penalty of perjury.
11       Based on the foregoing, it is HEREBY ORDERED that:
12     1.    The Clerk's Office shall send plaintiff a section 1983 civil rights complaint form;
13     2.    Within **thirty (30) days** from the date of service of this order, plaintiff must file
14         an amended complaint bearing plaintiff's original signature, signed under penalty
15         of perjury;
16     3.    Plaintiff shall caption the amended complaint "First Amended Complaint" and
17         refer to the case number 1:08-cv-01419-SMS-PC; and
18     4.    If plaintiff fails to comply with this order, this action will be dismissed in its
19         entirety.
20 IT IS SO ORDERED.
21 Dated:    November 6, 2008               /s/ Sandra M. Snyder
22                                          UNITED STATES MAGISTRATE JUDGE