# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JIMENEZ, | CASE NO. 1:08-cv-01419-SMS PC |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| MARTHA SPAETH, | |
| Defendant. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Ben McGriff has been selected by random draw from the court's pro bono attorney panel.

Accordingly, IT IS HEREBY ORDERED that:

1. Ben McGriff shall notify shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if he is unable to accept appointment in this matter, or if he has any questions related to the appointment.

2. The Clerk of the Court is directed to serve a copy of this order upon Ben McGriff, 5200 North Palm Street Avenue, Suite 308, Fresno, CA 93704.

IT IS SO ORDERED.

**Dated:   August 31, 2009**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE