# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JIMENEZ, | CASE NO. 1:08-cv-01419-SMS PC |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| MARTHA SPAETH, | |
| Defendant. | (Doc. 14) |

Plaintiff is a California prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 1, 2009, this court entered an order appointing attorney Ben McGriff as counsel for plaintiff. Mr. McGriff having informed the court that he cannot represent plaintiff, he will not be appointed.

Because the court finds that appointment of counsel for plaintiff is still warranted, attorney Michael Johnson has been selected by random draw from the court's pro bono attorney panel to represent plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Within five days, Michael Johnson shall notify shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if he is unable to accept appointment in this matter, or if he has any questions related to the appointment.

///

///

1

    2.  The Clerk of the Court is directed to serve a copy of this order upon Michael Johnson, Griswold LaSalle Cobb Dowd & Gin LLP, 111 East 7th Street, Hanford, CA 93230.

IT IS SO ORDERED.

**Dated:**   **October 20, 2009**                            /s/ **Sandra M. Snyder**
                                                                                  UNITED STATES MAGISTRATE JUDGE