# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JIMENEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>MARTHA SPAETH,<br><br>          Defendant.<br>_____/ | CASE NO. 1:08-cv-01419-SMS PC<br><br>ORDER EXTENDING TIME<br>TO FILE AMENDED COMPLAINT<br><br><br><br>(Doc. 16) |

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 24, 2009, this court entered an order granting plaintiff's motion to extend time pending pro bono counsel's decision to accept appointment. The proposed counsel having declined a pro bono appointment at this time, additional time will be necessary to proceed with the appointment of alternative counsel for plaintiff.

      Accordingly, it is HEREBY ORDERED that plaintiff is granted an additional thirty days from the date of service of this order in which to file his amended complaint pursuant to the court's order of August 21, 2009.

IT IS SO ORDERED.

Dated:    October 20, 2009            /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE