# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JIMENEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>DR. M. SPAETH, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. 1:08-cv-01419-LJO-SKO PC<br><br>ORDER CONTINUING PRETRIAL DISPOSITIVE MOTION DEADLINE FROM APRIL 16, 2012, TO JULY 16, 2012, PURSUANT TO PARTIES' STIPULATION<br><br>(Docs. 35 and 44) |

Pursuant to the parties' stipulation filed on April 16, 2012, the pretrial dispositive motion deadline is HEREBY CONTINUED from April 16, 2012, to July 16, 2012.

IT IS SO ORDERED.

**Dated:   April 30, 2012**                          /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE