# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JIMENEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. M. SPAETH, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01419-LJO-SKO PC<br><br>ORDER CONTINUING PRETRIAL DISPOSITIVE MOTION DEADLINE FROM JULY 16, 2012, TO SEPTEMBER 17, 2012, PURSUANT TO PARTIES' STIPULATION<br><br>(Doc. 46) |

　　　Pursuant to the parties' stipulation filed on July 16, 2012, the pretrial dispositive motion deadline is HEREBY CONTINUED from July 16, 2012, to September 17, 2012. Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

**Dated:    July 17, 2012**　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE