1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10   CARLOS JIMINEZ,                           Case No.  1:08-cv-01419-LJO-SKO PC

11            Plaintiff,                        ORDER REQUIRING DEFENDANT TO
                                                COMPLY WITH LOCAL RULE 133(J)
12        v.                                    ON OR BEFORE JULY 9, 2013

13   DR. M. SPAETH,

14            Defendant.

15   _____/

16

17        Plaintiff Carlos Jimenez, a state prisoner proceeding in forma pauperis, filed this civil

18   rights action pursuant to 42 U.S.C. § 1983 on September 23, 2008.  Pending before the Court is

19   Defendant's motion for summary judgment, filed on September 17, 2012.  Defendant cited to and

20   included a portion of her deposition transcript in support of her opposition, but she failed to

21   comply with Local Rule 133(j), which requires her to provide the Court with a courtesy copy of

22   the entire deposition.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    Defendant is HEREBY ORDERED to bring her motion for summary judgment into

2    compliance with Local Rule 133(j) on or before **July 9, 2013**.[1]

3

4

5

6    IT IS SO ORDERED.

7    Dated:   __July 2, 2013__                    _____ **/s/ Sheila K. Oberto**

8                                                UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Defendant may either lodge the transcript in hard copy with the Clerk's Office or email it via PDF to skoorders@caed.uscourts.gov.