# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JIMINEZ, | Case No. 1:08-cv-01419-LJO-SKO PC |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO COMPLY WITH LOCAL RULE 133(J) ON OR BEFORE JULY 9, 2013 |
| v. | |
| DR. M. SPAETH, | |
| Defendant. | |

Plaintiff Carlos Jimenez, a state prisoner proceeding in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 23, 2008. Pending before the Court is Defendant's motion for summary judgment, filed on September 17, 2012. Defendant cited to and included a portion of her deposition transcript in support of her opposition, but she failed to comply with Local Rule 133(j), which requires her to provide the Court with a courtesy copy of the entire deposition.

///

///

///

///

///

///

Defendant is HEREBY ORDERED to bring her motion for summary judgment into compliance with Local Rule 133(j) on or before **July 9, 2013**.[1]

IT IS SO ORDERED.

Dated:   **July 2, 2013**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant may either lodge the transcript in hard copy with the Clerk's Office or email it via PDF to skoorders@caed.uscourts.gov.